UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TERRICK DE'ANGELO BAILEY, § <br> *Plaintiff* § <br> § <br> v. § <br> § <br> BEXAR COUNTY, BEXAR COUNTY § <br> DISTRICT ATTORNEY'S OFFICE, SAN § <br> ANTONIO POLICE DEPARTMENT, § <br> ATTORNEY JAMES SULLIVAN, § <br> ATTORNEY ALAN FUTRELL, § <br> ATTORNEY MARCUS CANTRELL, § <br> *Defendant* § | Case No. SA-25-CA-00903-XR |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this date, the Court considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation in the above-numbered and styled case, filed September 3, 2025. ECF No. 5.

Plaintiff Terrick De'Angelo Bailey moved to proceed *in forma pauperis* ("IFP"). The motion was referred to Magistrate Judge Chestney. Plaintiff provided only general statements about his financial circumstances and failed to provide the financial information requested on AO Form 239, the standard form for requesting IFP status in the Western District of Texas. Magistrate Judge Chestney ordered Plaintiff to supplement his IFP application by August 28, 2025, which he did not do. As a result, and because Plaintiff has not established his inability to pay the filing fee due to poverty, the Report and Recommendation recommends denying the motion.

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file his or her written objections within fourteen days after being served with a copy of the findings and recommendations. 28 U.S.C. § 636(b)(1). The Magistrate Judge's recommendation was mailed by certified mail on September 3, 2025. ECF No. 5. "Service is

complete upon [the] mailing" of a document to a person's last known address. FED. R. CIV. P. 5(b)(2)(C). And "[w]hen a party may or must act within a specified time after being served and service is made [by mail], 3 days are added after the period would otherwise expire." FED. R. CIV. P. 6(d). So, in this case, Plaintiff had seventeen days to file objections, making them due on September 20, 2025. No objections have been filed.

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a *de novo* review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made.").

The Court has reviewed the Report and Recommendation and finds it to be neither clearly erroneous nor contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Accordingly, the Court **ACCEPTS** the Magistrate Judge's recommendation, and Plaintiff's Motion to Proceed In Forma Pauperis (ECF No. 1) is **DENIED**.

It is further **ORDERED** that Plaintiff must pay the filing fee on or before **October 13, 2025.** If he fails to do so, this case will be dismissed.

The Clerk is **DIRECTED** to mail a copy of this Order to:

> Terrick De'Angelo Bailey
> 5935 Misty Lake
> San Antonio, TX 78222

It is so **ORDERED**.

**SIGNED** this 29th day of September, 2025.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE